JAMES D. BOYLE, ESQ. (NBN 08384)
jboyle@nevadafirm.com
JESSICA M. LUJAN (NBN 14913)
jlujan@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Brian N. Platt (*pro hac vice* forthcoming)
bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice* forthcoming)
chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC, | Case No.: 2:23-cv-01169-JAD-VCF |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE -  REV LABS DISTRIBUTIONS LLC** |
| REVOLUTION LABORATORIES LLC *dba* REVLABS, REV LABS DISTRIBUTIONS LLC, and REV LABS MANAGEMENT INC., | |
| Defendants. | |

Plaintiff Axcess Global Sciences, LLC by and through its undersigned counsel of record, the law firm of Holley Driggs, Ltd., hereby submits the Affidavit of Service

- 1 -

Affidavit of Service
15662-01/2987219

attached hereto, showing service of the Summons and Complaint on Defendant Rev Labs Distributions LLC on or about July 26, 2023.

DATED August 1, 2023.

Respectfully submitted,

By: /s/ Jessica M. Lujan
JAMES D. BOYLE, ESQ. (NBN 08384)
jboyle@nevadafirm.com
JESSICA M. LUJAN (NBN 14913)
jlujan@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Brian N. Platt (*pro hac vice* forthcoming)
bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice* forthcoming)
chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC <br><br> *Plaintiff(s)* <br> v. <br> REVOLUTION LABORATORIES LLC dba REVLABS; REV LABS DISTRIBUTIONS LLC; and REV LABS MANAGEMENT INC. <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-01169-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rev Labs Distributions LLC
401 Ryland St, Ste 200-A
Reno, NV, 89502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Boyle and Jessica M. Lujan
HOLLEY DRIGGS
300 S. Fourth St., Suite 1600
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01169

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rev Labs Distributions LLC was received by me on *(date)* July 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Aliyah Ta at Resident Agents of America , who is designated by law to accept service of process on behalf of *(name of organization)* Rev Labs Distributions LLC on *(date)* Wed, Jul 26 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/31/2023

*Server's signature*

Richard Reese PILB#1505

*Printed name and title*

9811 W. Charleston Blvd 2-732, Las Vegas, NV 89117

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 26, 2023, 2:27 pm PDT at 401 Ryland St Ste. 200-A, Reno, NV 89502 received by ALIYAH TA. Age: 26; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'3"; Hair: Black; Eyes: Black;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.