JAMES D. BOYLE, ESQ. (NBN 08384)
jboyle@nevadafirm.com
JESSICA M. LUJAN (NBN 14913)
jlujan@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Brian N. Platt (*pro hac vice* forthcoming)
bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice* forthcoming)
chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC, | Case No.:  2:23-cv-01169-JAD-VCF |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE - REVOLUTION LABORATORIES LLC DBA REVLABS** |
| REVOLUTION LABORATORIES LLC *dba* REVLABS, REV LABS DISTRIBUTIONS LLC, and REV LABS MANAGEMENT INC., | |
| Defendants. | |

Plaintiff Axcess Global Sciences, LLC by and through its undersigned counsel of

record, the law firm of Holley Driggs, Ltd., hereby submits the Affidavit of Service

- 1 -

1    attached hereto, showing service of the Summons and Complaint on Defendant

2    Revolution Laboratories LLC dba RevLabs on or about July 26, 2023.

3            DATED August 1, 2023.

4

5                                              Respectfully submitted,

6                                              By: */s/ Jessica M. Lujan*
7                                              JAMES D. BOYLE, ESQ. (NBN 08384)
                                               jboyle@nevadafirm.com
8                                              JESSICA M. LUJAN (NBN 14913)
                                               jlujan@nevadafirm.com
9                                              HOLLEY DRIGGS
                                               300 South Fourth Street, Suite 1600
10                                             Las Vegas, Nevada 89101
                                               Telephone: 702/791-0308
11

12                                             Brian N. Platt (*pro hac vice* forthcoming)
                                               bplatt@wnlaw.com
13                                             Collin D. Hansen (*pro hac vice*
                                               forthcoming)
14                                             chansen@wnlaw.com
                                               **WORKMAN NYDEGGER**
15                                             60 East South Temple Suite 1000
16                                             Salt Lake City, UT 84111
                                               Telephone: (801) 533-9800
17                                             Facsimile: (801) 328-1707

18                                             *Attorneys for Plaintiff Axcess Global*
                                               *Sciences, LLC*
19

20

21

22

23

24

25

26

27

- 2 -

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| REVOLUTION LABORATORIES LLC dba | ) |
| REVLABS; REV LABS DISTRIBUTIONS LLC; and | ) |
| REV LABS MANAGEMENT INC. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:23-cv-01169-JAD-VCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Revolution Laboratories LLC dba RevLabs
401 Ryland St, Ste 200-A
Reno, NV, 89502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Boyle and Jessica M. Lujan
HOLLEY DRIGGS
300 S. Fourth St., Suite 1600
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  7/25/2023   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01169

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Revolution Laboratories LLC dba RevLabs was received by me on *(date)* July 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Aliyah Ta at Resident Agents of America , who is designated by law to accept service of process on behalf of *(name of organization)* Revolution Laboratories LLC dba RevLabs on *(date)* Wed, Jul 26 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/31/2023

_____
*Server's signature*

Richard Reese PILB#1505
_____
*Printed name and title*

9811 W. Charleston Blvd 2-732, Las Vegas, NV 89117
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 26, 2023, 2:28 pm PDT at 401 Ryland St Ste. 200-A, Reno, NV 89502 received by ALIYAH TA. Age: 26; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'3"; Hair: Black; Eyes: Black;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.