AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Axcess Global Sciences, LLC,

                    Plaintiff,

v.

Revolution Laboratories LLC et al.,

                  Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01169-JAD-MDC

____ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

PARTIAL DEFAULT JUDGMENT entered in favor of Plaintiff and against Defendants as to liability only.

07/22/24
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk